FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2014

No. 04-13-00086-CV

**ONE (1) 1992 CHEVROLET PK, 1GCEC14Z4NE164549,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

All pending motions are DENIED AS MOOT.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court